IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

D.G.,

    Plaintiff,

v.   CV 14-368 MCA/WPL

THE CITY OF LAS CRUCES, a municipality in
the State of New Mexico, Former City of Las
Cruces Police Chief HARRY ROMERO, Former
City of Las Cruces Police Chief RICHARD WILLIAMS,
and MICHAEL GARCIA, in his individual capacity,

    Defendants.

## ORDER

On February 17, 2015, Almanza Abrams filed a Motion to Quash Subpoenas on behalf of Michael Garcia. (Doc. 88.) I entered an Order on March 16, 2015, requiring Garcia to submit the objected-to subpoenas by March 23, 2015. (Doc. 110.) Garcia submitted the objected-to subpoenas on March 23, 2015. (Doc. 117.) D.G.'s response was due on **April 9, 2015**, but she did not file a response in opposition. *See* FED. R. CIV. P. 6(d); D.N.M.LR-Civ. 7.4(a). The failure to respond in opposition constitutes consent to grant the motion. *See* D.N.M.LR-Civ. 7.1(b). Accordingly, I grant Garcia's motion to quash the objected-to subpoenas.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.